IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| AARON DOWDEN | § | |
| VS. | § | CIVIL ACTION NO. 1:14cv469 |
| JEFFERSON COUNTY JAIL | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Aaron Dowden, proceeding *pro se*, filed the above-styled civil rights lawsuit against Lieutenant Kelly, Matt Cotton and the Jefferson County Jail. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that plaintiff's claim against the Jefferson County Jail be dismissed for failure to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** as the opinion of the court. The claim against the Jefferson County Jail is **DISMISSED**.

So **ORDERED** and **SIGNED** this **8** day of **March, 2016.**

_____
Ron Clark, United States District Judge